THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00184-MR-WCM

| | |
|---|---|
| **ERIE INSURANCE COMPANY,** as subrogee of John Casto and Betsy Casto, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **ORDER OF REMAND** |
| **TOYOTA MOTOR SALES, U.S.A., INC.,** ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the Consent Motion to Remand filed by the Plaintiff Erie Insurance Company. [Doc. 19]. The Defendant consents to the Plaintiff's Motion.

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion to Remand [Doc. 19] is **GRANTED**, and this action is hereby **REMANDED** to the Transylvania County General Court of Justice, Superior Court Division.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Transylvania County Superior Court Clerk.

**IT IS SO ORDERED.**

Signed: December 16, 2020

Martin Reidinger
Chief United States District Judge